# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 9, 2026

Lyle W. Cayce
Clerk

No. 25-30297

_____

HIRAN RODRIGUEZ,

*Plaintiff—Appellant*,

*versus*

META PLATFORMS, INCORPORATED; APPLE, INCORPORATED; T-MOBILE USA, INCORPORATED; AT&T ENTERPRISES, L.L.C.; KANSAS CITY SOUTHERN RAILWAY COMPANY; LCMC HEALTHCARE PARTNERS, L.L.C.; THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT; GRAY LOCAL MEDIA, INCORPORATED; ASSOCIATED PRESS; JEFFERSON PARISH; JEFFERSON PARISH SHERIFF'S OFFICE; JOSEPH P. LOPINTO, III, *Sheriff*; ANDRES FUENTES; GLORIA PAZMINO; SUSANNE RUST; RYAN MCCAFFERTY; PAUL MACINNES; JONATHAN LIEW; JAMES OCHOA; DEMICIA INMAN; JAMIE SPANGHER; MAYA GEBEILY; VERSHA SHARMA; ELON MUSK, *Chief Executive Officer X Corporation*; MARK ELLIOT ZUCKERBERG, *Chief Executive Officer Meta Platforms, Incorporated*; UNIDENTIFIED PARTIES; HALELUYA HADERO; X CORPORATION, *a Nevada Corporation*, *agent of* TWITTER, INCORPORATED,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:25-CV-197

_____

Before CLEMENT, RICHMAN, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

After reviewing the parties' briefs and the record, we find no reversible error. Accordingly, we AFFIRM. *See* 5th Cir. R. 47.6. All remaining motions carried with this case are DENIED as moot.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.